UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>          Plaintiff,   )<br>  )<br>     v.   )<br>  )<br>COBY TRESNER,   )<br>  )<br>          Debtor,   )<br>  )<br>and   )<br>  )<br>VERSA ADVISORS, LLC,   )<br>          Garnishee.   ) | Case No. 22-2374-TC-GEB |

**MEMORANDUM, ORDER, AND NOTICE AND ORDER TO SHOW CAUSE**

This matter is before the Court on Plaintiff's Motion for Order for Show Cause (ECF No. 42). The Court hereby **GRANTS** the Motion **(ECF No. 42)** and directs the Garnishee to appear and Show Cause why it has failed to answer the Writ of Garnishment (ECF No. 40) and failed to withhold property in accordance with the writ, **on or before August 7, 2025** demonstrating why the Court, per 28 U.S.C. § 3205(c)(3), should not enter judgment against the Garnishee for the value of the Debtor's interest and award a reasonable attorney's fees to the United States.

**TO:**   Versa Advisors, LLC
     c/o Brandy A. Tresner, Registered Agent
     1523 W. Cobblestone Ct.
     Andover, KS 67002

Versa Advisors, LLC

c/o Brandy A. Tresner

2409 N Bluestone St.

Andover, KS 67002

It has been made to appear to the Court that you were lawfully served A Writ of Garnishment (ECF No. 40) on April 15, 2025. To date, you have failed to answer the writ and allegedly failed to withhold property in accordance with the writ. The Court has now reviewed Plaintiff's Motion for Order for Show Cause (ECF No. 42), to which you filed no response, and hereby grants the motion.

**THEREFORE**, you are hereby commanded to personally appear before this Court at **1:00 p.m. on August 7, 2025**, at the following location:

United States District Court for the District of Kansas

444 SE Quincy, Courtroom 401

Topeka, Kansas 66683

**TO SHOW CAUSE WHY A JUDGMENT SHOULD NOT BE ENTERED AGAINST THE GARNISHEE FOR THE VALUE OF THE DEBTOR'S INTEREST AND REASONABLE ATTORNEY'S FEES BE AWARDED TO THE UNITED STATES** for failure to answer the Writ, as set forth above, and for failure to withhold property in accordance with the Writ. Failure to appear as ordered may result in a judgement against the Garnishee as directed by the Court. This Notice and Order to Show

Cause shall be served on Versa Advisors, LLC at both addresses of record by the United States Marshal Service.

 **IT IS SO ORDERED.**

Dated this 28th day of July, 2025 at Topeka, Kansas.

<div style="margin-left:3em">

s/ Toby Crouse
TOBY CROUSE
United States District Judge

</div>